# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161930 & (48)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                 SC: 161930
                                 COA: 345215
                                 Calhoun CC: 2018-000228-FC

ROBERT DESHAWN AMERSON,
         Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the August 6, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The emergency motion for appeal bond is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2020 _____



                       Clerk

s1229